UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),                      No. C 11-6490 PJH

    v.                              **ORDER REASSIGNING CASE**

KYLE FRANKLIN,

    Defendant(s).

_____/

    This case was mistakenly reassigned to the undersigned district judge in violation of General Order 44(N)(2). Accordingly, it is hereby REASSIGNED to Magistrate Judge Laporte to proceed as set forth in General Order 44(N)(2).

    The case management conference scheduled on this court's calendar for today May 10, 2012, is VACATED. The parties will be notified of future proceedings by Magistrate Judge Laporte.

    **IT IS SO ORDERED.**

Dated: May 10, 2012

                                                       _____
                                                       PHYLLIS J. HAMILTON
                                                       United States District Judge

**United States District Court**
For the Northern District of California