**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C -11-06490(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| FRANKLIN, | |
| Defendant. | |

Under Federal Rule of Civil Procedure 60(a), the Court ORDERS that the Report & Recommendation entered at Docket Entry 32 is vacated and withdrawn. A corrected Report & Recommendation will be entered forthwith.

IT IS SO ORDERED.

Dated: May 23, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge